1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAN GROW INC., | Case No. 22-cv-08257-MEMF-SSCx |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| LINK FUTURE, INC., dba LKF USA POLAR AURORA; SINOWELL INC; 3Q MART INC.; VIVOHOME INC; and DOES 1-10, inclusive, | |
| Defendants. | |

Before the Court is a Stipulation for Final Judgment under Fed. R. Civ. P. 54 for a Permanent Injunction against Defendant Vivohome, Inc. ("Vivohome"). ECF No. 93.

WHEREAS Vivohome previously sold a pet bathtub product including on Amazon bearing ASIN No. B098WT1BXB ("Infringing Product"), and summary judgment was granted in favor of Plaintiff Tan Grow, Inc. in the Order dated December 9, 2024 (ECF No. 74) that Vivohome infringed U.S. Design Patent Nos. D940,284 ("the D284 Patent") and D940,285 ("the D285 Patent"), where images of the Infringing Product appear in the Amended Complaint at Paragraph 4 (ECF No. 46) and Exhibits E through H (ECF Nos. 46-5 to 46-8); and

WHEREAS the Parties have reached a settlement in this matter that includes injunctive relief against patent infringement.

NOW THEREFORE, it is hereby ORDERED that Final Judgment be entered that Vivohome and those persons acting in concert or participation with any of Vivohome who receive actual notice hereof, are hereby restrained and enjoined, pursuant to 35 U.S.C. § 283 and Fed. R. Civ. P. 65(d), from infringing, contributing to the infringement of, or inducing the infringement of the D284 Patent and/or the D285 Patent by making, using, selling, and/or offering to sell in the United States, or importing into the United States, the Infringing Product or any other product not more than colorably different from the Infringing Product.

IT IS SO ORDERED.

DATED: April 18, 2025

HON. MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

FINAL JUDGMENT